# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NOEL STEPHEN,** as Sheriff of Okeechobee County,
Appellant,

v.

**RICARDO MEDRANO-ARZATE** and **EVA CHAVES-MEDRANO,** as
Personal Representatives of the Estate of Holda Medrano, deceased,
**ROBERTA ARELLANO,** individually, and **ROBERTA ARELLANO,** as
Personal Representative of the Estate of Elizabeth Arellano Renteria,
deceased,
Appellees.

No. 4D18-3490

[November 27, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 472014CA000152.

Bruce W. Jolly and Gregory J. Jolly of Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A., Fort Lauderdale, for appellant.

Edward H. Zebersky of Zebersky, LLP, Fort Lauderdale, and Bard D. Rockenbach and Jeffrey V. Mansell of Burlington & Rockenbach, P.A., West Palm Beach, for Appellees Ricardo and Eva Chaves-Medrano.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***